IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE A. BELL, | 1:12-cv-01925-MJS (PC) |
|     Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |
|     v. | |
| STILES, et al, | (ECF No. 11) |
|     Defendants. | |

Plaintiff Horace A. Bell ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On February 4, 2013, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 11.)  Previously, on January 30, 2013, the Court found that Plaintiff was subject to 28 U.S.C. § 1915(g) and could not proceed in forma pauperis. (ECF No. 9.)  The Court dismissed Plaintiff's action.  (Id.)

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis, is DENIED.

IT IS SO ORDERED.

Dated:   February 15, 2013             /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE